ORDERED UNSEALED on 04/15/2026 s/ andreasar
SEALED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

The undersigned complainant being duly sworn states:

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL MAGANA IGO,

Defendant.

Case No. 26mj2144

COMPLAINT FOR VIOLATION OF

18 U.S.C. §922(a)(1)(A) – Dealing Firearms without a License

COUNT ONE

Beginning no later than March 13, 2026, and continuing through April 1, 2026, within the Southern District of California, defendant GABRIEL MAGANA IGO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Kyle Dandoy
KYLE DANDOY
Special Agent, ATF

Sworn and attested to under oath by telephone, in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on this 14th day of April of 2026.

David Leshner
HON. DAVID D. LESHNER
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

Since this affidavit is being submitted for the limited purpose of securing an order authorizing the acquisition of the requested criminal complaint, I have not included details of every aspect of the investigation. Dates and times are approximate.

**March 2026: MAGANA is identified as a firearms dealer based in Blythe, California**

In February 2026, Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) acting in an undercover capacity (the UCs)[1] began arranging firearm purchases with and through an individual with the initials C.H. from approximately February 19, 2026 through March 12, 2026, the UC purchased one firearm from C.H. for $900 and, through C.H., purchased two additional firearms for a total of $1,700.

On March 12, 2026, C.H. informed the UC that he (C.H.) was aware of an individual in Blythe, California who had eight firearms for sale. The investigation revealed Gabriel MAGANA IGO (MAGANA) was the Blythe-based source for firearms referenced by C.H. On that same day, C.H. arranged for a three-way phone call between himself, the UC, and MAGANA. During that phone call, MAGANA mentioned he would sell the firearms to the UC for $7,500 and that the firearms to be sold included six Glock pistols, a Sig Sauer pistol, and a Springfield Armory pistol. The UC stated he would purchase all eight firearms for $7,500. MAGANA also offered the UC two AK-style pistols for $1,600. The UC indicated interest only in the eight handguns and provided MAGANA with the UC's phone number. C.H., MAGANA, and the UC agreed to meet on March 13, 2026 in El Centro to conduct the deal.

**March 13, 2026: ATF purchased eight guns from MAGANA**

On March 13, 2026, at approximately 3:21 p.m., C.H. called the UC and advised the UC that he was on his way to the agreed location in El Centro to complete the firearms deal. Shortly thereafter, C.H. arrived at the El Centro deal location in a Nissan being driven by an individual with the initials T.S. C.H. and T.S. greeted the UC and entered the deal

[1] As part of this investigation, multiple agents have acted in an undercover capacity and been involved in controlled firearm purchases referenced in this complaint.

location. At approximately 3:36 p.m., MAGANA called the UC and told the UC he was outside of the deal location in a silver Chevy Suburban. The UC looked outside and observed MAGANA in the Suburban with Arizona license plates 3WA7EX. Subsequent records checks revealed MAGANA is the registered owner of that Suburban.

The Chevy Suburban was being driven by MAGANA and a male with the initials R.S. was in the front passenger's seat. MAGANA exited the Chevy Suburban and greeted the UC, C.H., and T.S. MAGANA introduced himself to the UC as "Gabriel" and MAGANA was also positively identified by comparison to his driver's license photograph. The UC asked MAGANA if he had the firearms previously discussed, and MAGANA stated they were nearby but that he (MAGANA) wanted to confirm the UC had the $7,500 before presenting the firearms to the UC. The UC then counted $7,500 in front of MAGANA and MAGANA told R.S. to call the person with the firearms and have the firearms brought to the deal location. R.S. then made a phone call and a GMC pickup truck arrived within minutes. R.S. confirmed the GMC truck was the person he had just called, which R.S. confirmed. The driver and sole occupant of the GMC truck was later identified as a juvenile male with the initials X.M.

R.S. Walked over to the GMC and removed a black duffel bag from inside the truck. R.S. brought the black duffel bag inside the deal location and put it in front of the UC. MAGANA stated the firearms were inside the duffel bag, and that some were still in their original gun boxes. The UC opened the duffel bag and observed seven handguns. MAGANA stated the firearms were in near-new condition and that he had cleaned and greased the firearms just before the deal. MAGANA also stated that some 9mm ammunition would be included in the sale to the UC. The UC advised MAGANA the eighth firearm was not in the duffel bag, and MAGNA told R.S. to go and get the last firearm. R.S. signaled to X.M. to enter the deal location, which X.M. did. X.M. then removed the eighth firearm from his waistband and handed it to MAGANA. MAGANA then handed the eighth firearm to the UC. The UC then handed MAGANA $7,500 in exchange for the eight firearms.

The eight firearms purchased during the March 13, 2026 deal, included:

- Glock .40 caliber handgun bearing serial number YLY799

- Glock 10mm handgun bearing serial number BPEW665
- Glock .45 caliber handgun bearing serial number BHPA671
- Glock .45 caliber handgun bearing serial number BBAR174
- Glock 9mm bearing serial number BNUB343
- Glock 9mm handgun bearing serial number CCHK930
- Sig Sauer 9mm handgun bearing serial number 58B025593
- HS Produkt 9mm handgun bearing serial number BE325614



*Image of the eight firearms purchased from MAGANA on March 13, 2026*

After the money exchange, the UC discussed further firearm deals with MAGANA and whether MAGANA could acquire long guns. MAGANA told the UC he (MAGANA) could acquire any type of firearm the UC wanted. MAGANA then repeated he had the two AK-style pistols for sale and also had three additional Glock handguns available for sale. MAGANA stated he regularly acquires high quality firearms and can get any type of firearm for the UC with a week's notice. MAGANA, R.S., and X.M. then departed the deal location.

C.H. and T.S. remained at the deal location. The U.C. paid C.H. $200 for brokering firearms sales. C.H. and T.S. discussed potentially acquiring or sourcing machinegun conversion devices for the UC to purchase in future deals. C.H. and T.S. then departed the deal location.

**March 18, 2026: MAGANA arranged the sale of five firearms to ATF**

Between March 16 and March 18, 2026, ATF coordinated with MAGANA for another firearm purchase. Leading up to this deal, ATF communicated with MAGANA through WhatsApp using the phone number ending in 8558, which is the phone number MAGANA provided the UC during the March 13, 2026 transaction. Through those messages, ATF agreed to purchase five firearms from MAGANA for $6,100. MAGANA agreed to sell the firearms to the UC in El Centro on March 18, 2026.

On March 18, 2026 at approximately 2:34 p.m., MAGANA messaged the UC "My guy is on his way right now, I wasn't able to make this trip." This message was to notify the UC that, instead of MAGANA, one of his (MAGANA's) associates would be bringing the five firearms to El Centro for the UC to purchase. MAGANA also told the UC that his associates would be arriving in a black truck.

At approximately 4:34 p.m., MAGANA called the UC and advised the UC that his (MAGANA') associates were outside in a black truck. Minutes later, a black Ford pickup truck arrived with two occupants. X.M.—the same juvenile involved in the March 13 deal—was the passenger in the Ford and it was being driven by another male with the initials G.H. Both G.H. and X.M. exited the Ford and entered the deal location, with X.M. carrying a black duffel bag. Once inside the deal location, X.M. opened the black duffel bag, removed four firearms, and placed them on a table. X.M. then removed a fifth firearm from his waistband, which he also placed on the table. The UC then paid X.M. $6,100 for the five firearms. Shortly thereafter, X.M. and G.H. departed the deal location.

The five firearms purchased on March 18, 2026, included:

- Zastava 7.62 caliber pistol bearing serial number M92PV047599
- Century Arms 7.62 caliber pistol bearing serial number USD005137
- Tisas 9mm handgun bearing serial number T062021BM11766
- Glock 9mm handgun bearing serial number BRDW514
- Glock, model 23 Gen4, .40 pistol, serial number VZF788

//

//



*Image of the five firearms purchased on March 18, 2026*

**April 1, 2026: MAGANA sold five firearms to ATF**

Between March 19 and April 1, 2026, ATF coordinated with MAGANA for a third firearm purchase. Leading up to this third deal, ATF continued to communicate with MAGANA through WhatsApp using the phone number ending in 8558. Through those messages, ATF agreed to purchase five firearms from MAGANA for $6,450. MAGANA agreed to sell the firearms to the UC in El Centro on April 1, 2026.

On April 1, 2026 at approximately 5:00 p.m., MAGANA messaged the UC to advise the UC that MAGANA would soon be arriving at the deal location in El Centro. At approximately 5:26 p.m., MAGANA arrived at the deal location in El Centro driving the same Chevy Suburban as the March 13 deal. X.M. was the sole passenger in the Suburban with MAGANA. X.M. removed a blanket from the rear hatchback area of the Suburban, which uncovered a rifle-style firearm that X.M. then took into the deal location. MAGANA then removed a black bag from the same area of the Suburban, which he then took into the deal location.

While inside the deal location, the UC inspected the five firearms MAGANA and X.M. brought for sale. After inspecting the firearms, the UC directed MAGANA and X.M. to enter the UC's vehicle (the UCV) to complete the transaction. While inside the UCV, the UC paid MAGANA $6,450 for the five firearms. Shortly thereafter, MAGANA and X.M. departed the deal location.

The five firearms purchased on March 18, 2026, included:

- Anderson Manufacturing 5.56 caliber rifle bearing serial number 17022861
- American Tactical Imports blackout caliber handgun bearing bearing serial number NX089930
- Anderson Manufacturing 5.56 caliber pistol bearing serial number 24062148
- Anderson Manufacturing 5.56 caliber pistol bearing serial number 25029763
- Glock GMBH .40 caliber pistol bearing serial number PDP152 with a suspected machinegun conversion device attached



*Image of the five firearms purchased on April 1, 2026*

**ADDITIONAL INVESTIGATION**

As part of their investigation, ATF Special Agents have conducted a query of MAGANA. The query determined that MAGANA does not currently, nor has ever held, a Federal Firearms License to sell or manufacture firearms. The investigation is ongoing.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.